# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THOMAS MORALES,

    Petitioner,

vs.

D. W. NEVEN, et al.,

    Respondents.

Case No. 2:15-cv-00185-GMN-CWH

**ORDER**

    Petitioner having filed an unopposed motions for an enlargement of time (#11 and #12), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motions for an enlargement of time (#11 and #12) are **GRANTED**.  Petitioner will have through January 25, 2016, to file and serve and amended petition for a writ of habeas corpus.

    DATED:  January 20, 2016

_____
Gloria M. Navarro, Chief Judge
United States District Court